UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| CHARLES BRADFORD | : | CIVIL ACTION NO. 18-1536 |
| --- | --- | --- |
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| MOREHOUSE PARISH SCHOOL BOARD, ET AL. | : | MAG. JUDGE KAREN L. HAYES |

# RULING

Pending before the Court are Defendants' motions to dismiss [Doc. Nos. 6, 10, & 12] Plaintiffs' Complaint, as amended. On January 28, 2019, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 19] in which she recommends the Court find that Plaintiff Charles Bradford ("Bradford") lacks standing and, thus, the motions must be granted and his Complaint, as amended, must be dismissed without prejudice. On February 11, 2019, Bradford filed objections to the Report and Recommendation, stating that he disagrees with Magistrate Judge Hayes and requesting that the Court require discovery to proceed.

After having conducted a *de novo* review of the entire record, the Court finds that Magistrate Judge Hayes correctly stated and applied the law and hereby ADOPTS the Report and Recommendation. The involvement of citizens in matters of public concern is part of what makes the United States the great nation that it is. Indeed, the very First Amendment to the United States Constitution protects the rights of citizens to speak out on matters of public concern. However, when a citizen seeks to involve the court system, the rules of law must apply. Article III of our Constitution does not permit any person to pursue any lawsuit at any time, but "limits the 'judicial power' of the United States to the resolution of 'cases' and 'controversies.'"

The constitutional power of federal courts cannot be defined, and indeed has no substance, without reference to the necessity 'to adjudge the legal rights of litigants in actual controversies.'" *Valley Forge Christian Coll. v. Americans United for Separation of Church & State, Inc.*, 454 U.S. 464, 471 (1982) (quoting *Liverpool S.S. Co. v. Commissioners of Emigration*, 113 U.S. 33, 39 (1885)). No matter how strong Bradford's feelings may be or how sincere his desire to protect his community, as Magistrate Judge Hayes correctly found, Bradford's lawsuit must be dismissed under bedrock standing requirements.

Monroe, Louisiana, this 12th day of February, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE