# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| CHARLES BRADFORD | : | CIVIL ACTION NO. 18-1536 |
| --- | --- | --- |
| VS. | : | JUDGE TERRY A. DOUGHTY |
| MOREHOUSE PARISH SCHOOL BOARD, ET AL. | : | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and for those additional reasons stated in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' motions to dismiss [Doc. Nos. 6, 10, & 12] are GRANTED, and Plaintiff's Complaint, as amended, is hereby DISMISSED WITHOUT PREJUDICE, as to all parties, for lack of standing.

Monroe, Louisiana, this 12th day of February, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE